**Appeal Nos.     2020AP2083-AC**
**                2020AP2103-AC**
**STATE OF WISCONSIN**

Cir. Ct. No.  2020CV1389

**IN COURT OF APPEALS**
**DISTRICT IV**

**WISCONSIN MANUFACTURERS AND COMMERCE,**
**MUSKEGO AREA CHAMBER OF COMMERCE AND**
**NEW BERLIN CHAMBER OF COMMERCE AND VISITORS**
**BUREAU,**

   **PLAINTIFFS-RESPONDENTS,**

 **V.**

**TONY EVERS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF**
**WISCONSIN, KAREN TIMBERLAKE, IN HER OFFICIAL**
**CAPACITY AS INTERIM SECRETARY OF THE WISCONSIN**
**DEPARTMENT OF HEALTH SERVICES AND**
**JOEL BRENNAN, IN HIS OFFICIAL CAPACITY AS SECRETARY**
**OF THE WISCONSIN DEPARTMENT OF ADMINISTRATION,**

   **DEFENDANTS,**

**MILWAUKEE JOURNAL SENTINEL,**

   **INTERVENOR-APPELLANT.**

FILED

April 6, 2021

Sheila T. Reiff
Clerk of Court of Appeals

**WISCONSIN MANUFACTURERS AND COMMERCE,**
**MUSKEGO AREA CHAMBER OF COMMERCE AND**
**NEW BERLIN CHAMBER OF COMMERCE AND VISITORS**
**BUREAU,**

   **PLAINTIFFS-RESPONDENTS,**

 **V.**

**TONY EVERS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF**
**WISCONSIN, KAREN TIMBERLAKE, IN HER OFFICIAL**
**CAPACITY AS INTERIM SECRETARY**

**OF THE WISCONSIN DEPARTMENT OF HEALTH SERVICES
AND JOEL BRENNAN, IN HIS OFFICIAL CAPACITY AS
SECRETARY OF THE WISCONSIN DEPARTMENT OF
ADMINISTRATION,**

**DEFENDANTS-APPELLANTS,**

**MILWAUKEE JOURNAL SENTINEL,**

**INTERVENOR.**

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin   53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Lloyd Carter
Circuit Court Judge
Waukesha County Circuit Court
515 W. Moreland Blvd.
Waukesha, WI 53188

Anne Bensky
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

Sarah Ann Huck
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707

Thomas Claire Kamenick
Kamenick Law Office
1144 Noridge Trl.
Port Washington, WI 53074

Clayton Patrick Kawski
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

Amy Catherine Miller
Eimer Stahl LLP
10 East Doty Street, Ste. 800
Madison, WI 53703

Anthony Russomanno
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

Ryan J. Walsh
Eimer Stahl LLP
10 East Doty Street, Suite 800
Madison, WI 53703

April Rockstead Barker
Schott, Bublitz & Engel, S.C.
640 W. Moreland Blvd.
Waukesha, WI 53188

Robert I. Fassbender
Great Lakes Legal Foundation
10 E. Doty St., Ste. 504
Madison, WI 53703

Matthew M. Fernholz
Cramer, Multhauf & Hammes, LLP
P.O. Box 558
Waukesha, WI 53187-0558

Natalie A. Harris
BARON HARRIS HEALEY
225 W. Washington Ave., Ste 2200
Chicago, IL 60606

PLEASE TAKE NOTICE that corrections were made to the caption and paragraph 38 in the above-captioned opinion which was released on April 5, 2021. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.